RECEIVED
IN ALEXANDRIA, LA

FEB 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| JAMES JORDAN, JR., Appellant | CIVIL ACTION NO. CV05-1066-A |
|---|---|
| VERSUS | |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, Appellee | JUDGE DEE D. DRELL MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Commissioner's motion to dismiss is GRANTED and Jordan's appeal is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 24 day of FEBRUARY, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE